AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

|   SOUTHERN   | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
**Narciso Estrada-Martinez**

United States Courts
Southern District of Texas
FILED

*February 17, 2022*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

**Case Number:**          **M-22-0341-M**

IAE          YOB:     1973
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about _____ **February 16, 2022** _____   in   _____ **Hidalgo** _____   County, in

the _____ **Southern** _____   District of   _____ **Texas** _____

*(Track Statutory Language of Offense)*
**the defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title _____ **8** _____   United States Code, Section(s) _____ **1326** _____   **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Narciso Estrada-Martinez was encountered by Border Patrol Agents near Mission, Texas on February 16, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 14, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on June 11, 2019, through Atlanta, Georgia. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On July 18, 2018, Defendant was conviction with Criminal Sexual Conduct and sentenced to four (4) years confinement.

Continued on the attached sheet and made a part of this complaint:          ☐ Yes   ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

**February 17, 2022    7:11 AM** _____

**Nadia S. Medrano** _____ **, U.S. Magistrate Judge** _____
Name and Title of Judicial Officer

/S/    **Raylin Schannette** _____
Signature of Complainant

**Raylin Schannette**                **Border Patrol Agent**

Signature of Judicial Officer